IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAVIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO.  05-547-GPM |
| | ) |
| WARDEN HULICK, et al., | ) APPEAL NO.  07-1091 |
| | ) |
| Respondents. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Following the dismissal of his habeas corpus petition, in which he challenged a disciplinary proceeding resulting in the loss of good conduct credit, Petitioner appealed, and he now seeks issuance of a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1) (Doc. 13).

The Seventh Circuit has held that a prisoner does not need a certificate of appealability to appeal a disciplinary board decision because such a decision "does not arise from process issued by a state court." *Walker v. O'Brien*, 216 F.3d 626, 638 (7th Cir. 2000). Other circuits have held otherwise. *See, e.g., Madley v. United States Parole Commission*, 278 F.3d 1306, 1309-10 (D.C. Cir. 2002); *Greene v. Tennessee Department of Corrections*, 265 F.3d 369, 371-72 (6th Cir. 2001); *Coady v. Vaughn*, 251 F.3d 480, 486 (3d Cir. 2001); *Montez v. McKinna*, 208 F.3d 862, 867 (10th Cir. 2000); *Stringer v. Williams*, 161 F.3d 259, 262 (5th Cir. 1998); *Hallmark v. Johnson*, 118 F.3d 1073, 1076-77 (5th Cir. 1997). However, the Seventh Circuit has yet to reconsider its position, despite "[t]his internal contradiction." *Moffat v. Broyles*, 288 F.3d 978, 980 (7th Cir. 2002). *See also Anderson v. Benik*, — F.3d — , 2006 WL 3734428 (7th Cir. 2006).

Therefore, because the Seventh Circuit does not require a certificate of appealability in this situation, the instant motion is **DENIED as moot**.

**IT IS SO ORDERED.**

DATED:  01/24/07

*s/ G. Patrick Murphy*
G. PATRICK MURPHY
Chief United States District Judge
