**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN LAVIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL NO. 05-547-GPM |
| vs. | ) |
| | ) APPEAL NO. 07-1091 |
| WARDEN HULICK, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

On December 5, 2006, the Court entered judgment against Petitioner in this action. He filed a timely notice of appeal; that appeal was dismissed in February 2007. On March 20, 2007, Petitioner filed a motion for relief from judgment, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, which provides for relief from judgment for "mistake, inadvertence, surprise, or excusable neglect." FED.R.CIV.P. 60(b)(1).

In this motion, Petitioner actually challenges the Seventh Circuit's dismissal of his appeal for failure to pay the filing fee. This Court had no involvement in the actions taken by the Seventh Circuit, nor can this Court take any action to reinstate his appeal. Accordingly, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: 07/10/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge